this amount, we will not entertain appellate jurisdiction. La. Board of Pharmacy v. Lloyd T. Smith, 221 La. 1026, 61 So.2d 513.

For the reasons assigned, it is ordered that this case be transferred to the Court of Appeal for the Second Circuit, provided the appellant files the record in that court within 30 days from the date this decree becomes final; otherwise the appeal shall be dismissed. The cost of the appeal to this Court to be paid by the appellant; all other costs to await the final disposition of the cause.

draw his appeal, with prejudice and at his cost, and the attorneys representing all interested parties have taken cognizance of appellant's motion, urging no objection thereto and praying that it be allowed.

The appeal is therefore dismissed at appellant's cost.

63 So.2d 425

**ARBOUR v. MURRAY.**

No. 39479.

Feb. 16, 1953.

63 So.2d 424

**Succession of Rev. Auguste VIEL.**

No. 40647.

Feb. 16, 1953.

Bailey & Mouton, Lafayette (by Wm. H. Mouton, Lafayette), for Teanne Jarnier, testamentary executrix.

Voorhies & Labbé, Lafayette, for appellees.

FOURNET, Chief Justice.

Following submission of this case, a motion was filed by the appellant to with-

